# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELI LILLY AND CO., ELI LILLY ITALIA S.P.A., ELI LILLY KINSALE LTD., ELI LILLY NEDERLAND B.V., AND ELI LILLY GES.M.B.H.<br><br>                    MOVANTS,<br><br>       v.<br><br>NOVATIS PHARMA AG<br><br>                    RESPONDENT. | Misc. No. _____ |

**MOVANTS ELI LILLY AND COMPANY; ELI LILLY ITALIA S.P.A; ELI LILLY KINSALE LIMITED; ELI LILLY GES.M.B.H.; AND ELI LILLY NEDERLAND B.V.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Movants Eli Lilly and Company; Eli Lilly Italia S.p.A.; Eli Lilly Kinsale Limited; Eli Lilly Ges.m.b.H.; and Eli Lilly Nederland B.V. advise that:

1. Eli Lilly and Company owns 100% of Eli Lilly Italia S.p.A; Eli Illy Kinsale Limited; Eli Lilly Ges.m.b.H.; and Eli Lilly Nederland B.V.

2. No publicly held corporation owns more than 10% of Eli Lilly and Company's stock.

3. The following publicly held entities own more than 5% of Eli Lilly and Company and are thus publicly held affiliates pursuant to Local Rule 3.2: BlackRock, Inc. and PNC Financial Services Group, Inc.

| | | |
|---|---|---|
| Dated: August 19, 2021 | By: | */s/ Sara B. Roitman* |

        Sara B. Roitman, Bar #6311341
        Dechert LLP
        35 West Wacker Drive, Suite 3400
        Chicago, IL 60601
        (312) 646-5800
        sara.roitman@dechert.com

        Katherine A. Helm
        *Pro Hac Vice* (to be submitted)
        Dechert LLP
        Three Bryant Park
        1095 Avenue of the Americas
        New York, New York 10036-6797
        (212) 698-3559
        khelm@dechert.com

        Sharon K. Gagliardi
        *Pro Hac Vice* (to be submitted)
        Dechert LLP
        2929 Arch Street
        Cira Centre
        Philadelphia, PA 19104
        (215) 994-2278
        sharon.gagliardi@dechert.com

        *Counsel for Eli Lilly and Company; Eli Lilly Italia S.p.A; Eli Lilly Kinsale Limited; Eli Lilly Ges.m.b.H.; and Eli Lilly Nederland B.V.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of August, 2021, I caused the foregoing document to be served on Novartis Pharma AG by electronically mailing the documents to counsel for Novartis Pharma AG, Chris Essig and Patrick O'Meara from Winston & Strawn LLP. Counsel for Novartis Pharma AG has informed Lilly's counsel in writing that Novartis Pharma AG has agreed to accept service of these documents by electronic email to counsel for Novartis Pharma AG, pursuant to Fed. R. Civ. P. 5(b)(1) and 5(b)(2)(D).

*/s/ Katherine A. Helm*